IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARCUS MOORE                                                                                          PLAINTIFF

V.                                              CASE NO. 1:16-CV-01093

LT. PAUL KRUGER and
LT. C. PENDLETON                                                                                    DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed July 17, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Bryant recommends that Defendants' Motion for Judgment on the Pleadings (ECF No. 9) be granted and that this matter be dismissed without prejudice. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, Defendants' Motion for Judgment on the Pleadings (ECF No. 9) is hereby **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 11th day of August, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge